No. 74–6592. TUBBS *v.* HENDERSON, WARDEN; and No. 74–6609. FORD *v.* REES, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

### Certiorari Granted

No. 74–883. FEDERAL POWER COMMISSION *v.* MOSS ET AL. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition. Reported below: 164 U. S. App. D. C. 1, 502 F. 2d 461.

No. 74–1243. BECKWITH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari granted. Reported below: 166 U. S. App. D. C. 361, 510 F. 2d 741.

No. 74–6293. GOLDBERG *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 8 presented by the petition which reads as follows: "Whether 18 U. S. C. § 3500, the Jencks Act, contains an 'attorney's' work product exception'; and whether a Government attorney's notes of conversations with the key Government witness, to whom the prosecutors read back their notes from time to time where the witness corrected same, which notes were prepared 'only after lengthy conversations had occurred and a mutual understanding of the factual situation' had been reached, if not compellable under the Jencks Act, are compellable under the doctrine of *Brady* vs. *Maryland.*"

### Certiorari Denied. (See also No. 74–1347, *supra.*)

No. 74–1161. CLEMENTS, DIRECTOR, MENTAL RETARDATION CENTER OF GEORGIA *v.* FARACA. C. A. 5th Cir. Certiorari denied. Reported below: 506 F. 2d 956.